| 11:48 a.m. | U.S. ~~District Court~~ Eastern District of Wisconsin, Federal Ct. | 08/21/2015. |
|---|---|---|

Ernest J. Pagels Jr. Disabled U.S. Air Force Veteran Honorably Discharged Vet.

    Plainiff    2015 AUG 21 P 1: 36

Vs.     JON W. SANFILIPPO
               CLERK     Affirmative Action Lawsuit.

                                                        Employement Rights Law Suit.

U.S. Postal Service, Downtown Milwaukee. P.O. The Lakeland District.     15-C-1010

        Defendant

---

## FEDERAL LAWSUIT

SUIMMONS    AND    COMPLAINT

  I ERNEST J. PAGELS JR. I'M FEDERALLY SUING THE U.S. POSTAL SERVICE FOR NOT HIRING ME AND HIRING HISPANIC'S, AFIICAN- AMERICAN'S AND WOMEN WHO HAVE NEVER SERVICED IN THE MILITARY AND DID THEIR DUTY TO THEIR COUNTRY LIKE I HAVE, AND THE MILWAUKEE, WI P.O. HIRES THESE PEOPLE OVER ME AND THE U.S. POST OFFICE IN MILWAUKEE, WI PUT A RESTRAINING ORDER ON ME NOT TO ENTER ANY U.S. POSTAL SERVICE BLDG. FOR THE NEXT 3 YEARS, BECAUSE I MAILED A REQUEST TO DATE ONE OF THE U.S. POSTAL SERVICE EMPLOYEE'S AND FOR SENDING ONE OF THE U.S. POSTAL SERVICES MILWAUKEE, WI FOR SHOPWING LOVE AND APPRECIATION TO ONE OF THEIR RETIRED FEMALE EMPLOYEE'S. THIS FEDERAL LAWSUIT IS A TWO PRONG LAWSUIT . 1.) ONE FOR EMPLOIEMENT AND, 2.) ANOTHER TO BE ABLED TO ENTERED ANYTHING UMITED STATES POST OFFICE WITHOUT ANY RESTRICTIONS.

   UP IN MILWAUKEE, WI WHICH I GREW-UP IN LANNON, WI I HAVE BEEN AROUND THE WORLD BECAUSE OF THE U.S. AIR FORCE, DOING MY DUTY TO MY COINTRY, AND SINCE I HAVE BEEN IN THE MILWAUKEE, WI METRO-AREA WHICH IS THE CRUELEST PART OF THE WORLD I HAVE EVER BEEN IN. MILKWAUKEE, WI PEOPLE TREAT VETERAN'S AND MILITARY LIKE SHIT!!!!!!! GO DOWN SOUTH THE SOUTH ALWAYS TREATS THE VETERAN'S AND MILITARY LIKE ROYALLITY.

   PLEASE JUDGE RULE IN MY FLAVOR AND MAKE THINGS RIGHT WITH ME AND THE U.S. POSTAL SERVICE, THE MILWAUKEE, WI AND LAKELAND DISTRICT OF THE U.S. POSTAL SERVICE, DOES NOT APPRECIATE MY SERVICE TO MY COUNTRY, JUDGE MAKE THE MILWAUKEE, WI U.S. POSTAL SERVICE APPRECIATE MY SERVICE AND DUTY TO MY COUNTRY BY GIVING ME A U.S. POSTAL SERVICE JOB, AND RESTORE MY ACCESS TO U.S. POSTAL SERVICE BLDG., ONCE AGAIN.

GOD-BLESS AND THANK YOU JUDGE FOR YOUR RULING.

MR. ERNEST J. PAGELS JR. HONORABLY DISCHARGED VETERAN WHO USED TO REFUEL F-15'S, B-52'S, AND KC-135'S AND ALMOST EVERYTHING IN THE U.S. ARCINAL AT THAT TIME AND SERVED UNDER THE GREATEST PRESIDENT IN MY LIFE-TIME RONALD REAGAN, GOD-BLESS HIS SOUL, BECAUSE OF THAT MAN EVERY NATION FEARED US, AND WE WERE THE RICHES NATION IN THE WORLD!!! BAR-NONE!!!!

MY MAILING AND PHUISCAL ADDRESS IS THE SAME.

1475 W. WINDLAKE AVE., RM. # D.

MILWAUKEE, WI 53215-3148.

MY CELL PH.# IS: 1-262-446-2861.

— P.S. — IF the U.S. Postal Service in Milwaukee, WI Did their Job I would of + Should of being hired 25 yrs old, The U.S. Postal Service is ~~the~~ Ruled by Incompitant people + Drug ~~acid~~ addicts, Drunks, + Losers, I have more Right to a Postal Job than Anyone who was not Served their Country I will Doing this Lawsuit Pro Se And I'm Broke, I have no money

Because I do not trust Anyone, Everyone has failed me