# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

Ernest J. Pagels, Jr.,
*Plaintiff*
v.                                                                          Civil Action No.        15-cv-1010-PP
Unites States Postal Service,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($        ), which includes prejudgment interest at the rate of_____%, plus post judgment interest at the rate of_____% per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____recover costs from the plaintiff *(name)*_____ _____.

X other: the defendant's motion for summary judgment is granted and the plaintiff's complaint is dismissed in its entirety. The plaintiff's discrimination claim is dismissed without prejudice. The plaintiff's claim related to the state court restraining order is dismissed with prejudice.

This action was *(check one)*:

❐  tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❐  tried by Judge_____ without a jury and the above decision was reached.

X  decided by Judge Pamela Pepper on a motion for summary judgment filed on November 9, 2015.

Date:   May 31, 2016                             *CLERK OF COURT*

                                                              ___/s/ Kristine G. Wrobel_____

                                                              *Signature of Clerk or Deputy Clerk*